AUSA: Andrew Picek Telephone: (313) 226-9100

AO 91 (Rev. 11/11) Criminal Complaint Special Agent: Ryan Thick Telephone: (313) 202-3400

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Aaron Johnson

Case: 2:26−mj−30564
Assigned To : Unassigned
Assign. Date : 9/14/2026
Description: CMP USA v Johnson (SH)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 31, 2026 in the county of Wayne in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 18 U.S.C. § 922(g)(1) | Felon in possession of ammunition |

This criminal complaint is based on these facts:

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

Ryan Thick, Special Agent
*Printed name and title*

Sworn to before me and signed in my presence
and/or by reliable electronic means.

[signature]
*Judge's signature*

Date: September 14, 2026

City and state: Detroit, MI

Hon. Anthony P. Patti, U.S. Magistrate Judge
*Printed name and title*

# AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

## I. INTRODUCTION AND AGENT BACKGROUND

I, Ryan Thick, being first duly sworn, hereby depose and state as follows:

1. I have personal knowledge of the facts set forth in this affidavit with the exception of the matters expressly stated to be based upon information and belief.

2. I am a Special Agent with the Bureau of Alcohol, Tobacco, Firearms and Explosives ("ATF") and have been since November 2022. I have a bachelor's degree in criminal justice and a master's degree in business management and leadership. To become an ATF Special Agent, I completed 26 weeks of training, including the Criminal Investigator Training Program and the ATF Special Agent Basic Training program at the Federal Law Enforcement Training Center in Glynco, Georgia. Throughout my law enforcement career, I have participated in numerous state and federal investigations into firearm and explosive offenses. I received extensive training on firearms identification, common scenarios involving firearms and narcotics trafficking, and identification of controlled substances. Additionally, I received training on undercover investigations related to firearms and narcotics trafficking, which included investigative techniques and recognition of common subject behavior.

3. While with ATF, I have investigated violent crimes, narcotics trafficking, and firearms related criminal violations. I have executed search and

arrest warrants, utilized confidential informants, performed interviews, analyzed data extracted from seized cellular devices, and engaged various surveillance techniques, including physical, electronic, and visual surveillance.

4. I am an "investigative or law enforcement officer of the United States" within the meaning of 18 U.S.C. § 2510(7), and I am empowered to conduct investigations and make arrests of offenses enumerated under federal law.

5. I am currently assigned to the Pontiac Gun Violence Task Force ("GVTF"). Additionally, I am a member of the ATF led Crime Gun Enforcement Team ("CGET"). The GVTF and the CGET are tasked with investigating the unlawful possession of firearms and violent firearm crimes committed within the city of Pontiac, Oakland County, and the Eastern District of Michigan.

6. The facts in this affidavit come from my personal observations, interviews conducted by myself and/or other law enforcement agents, review of relevant police reports, information from others who have personal knowledge of the events, circumstances described herein, and my training and experience. This affidavit is intended to show merely that there is sufficient probable cause for the requested warrant and does not set forth all of my knowledge about this matter.

7. Based on my training and experience and the facts set forth in this affidavit, there is probable cause to believe that Aaron Randall JOHNSON (DOB: XX/XX/1990), a convicted felon, has possessed ammunition in violation of 18 U.S.C. § 922(g)(1).

## II. PROBABLE CAUSE

***A. Aaron Randall JOHNSON – Criminal History / Prohibited Status***

8. In September 2026, I reviewed Michigan Law Enforcement Information Network (LEIN) records relating to JOHNSON. JOHNSON has the following felony convictions, and is therefore federally prohibited from possessing firearms:

a. 2013 – Felony Controlled Substance Delivery/Manufacture Marijuana/Synthetic Equivalents-Third Circuit Court, Wayne County, Michigan.

9. I am aware that it is standard practice for the judge in a criminal case to advise the defendant of the maximum possible punishment before they plead guilty or proceed to trial, and the offense JOHNSON was convicted of carries a maximum possible punishment of 4 years in prison. Therefore, JOHNSON is aware of his status as a convicted felon and that he is prohibited from possessing firearms and ammunition.

10. Agents identified JOHNSON as the suspect in a shooting into an occupied motor vehicle in Detroit on August 31, 2026. Video evidence from the shooting shows JOHNSON firing the shots.

11. On August 31, 2026, Detroit Police Officers were dispatched to an address on East Seven Mile Road in Detroit. ShotSpotter detected eleven shots fired

at that address at approximately 11:02 a.m. Officers collected eleven 9mm fired cartridge casings.

12. I reviewed surveillance footage captured from the August 31, 2026, shooting incident.

13. At approximately 10:54 a.m., a black Dodge Magnum entered the parking lot of the nearby business. At approximately 10:57 a.m., JOHNSON got out of the Dodge Magnum and entered the business while talking on a cellular device. A firearm appears to be inside his right front pants packet.

*JOHNSON entering the business:*



*Johnson inside the business:*



*Suspected firearm in JOHNSON's pocket:*



14. At approximately 11:01 a.m., JOHNSON left the business and stood near the black Dodge Magnum holding a cell phone. At approximately 11:02 a.m., JOHNSON ran across the rear of parking lot toward Harned Avenue. JOHNSON then pulled a firearm from his front right pocket and fired shots toward a dark colored Chevrolet Equinox on Harned Avenue.

*JOHNSON running across the rear parking lot:*



*JOHNSON shooting at a dark color Chevrolet Equinox:*



*JOHNSON walking back to the black Dodge Magnum after the shooting:*



15. At approximately 11:03 a.m., JOHNSON left the parking lot of the business in a black Dodge Magnum traveling northbound on Harned Ave.

*JOHNSON exiting Deluxe Coney Island:*



16. Law enforcement officers searched license plate readers (LPR) for a dark colored Dodge Magnum matching the description of the vehicle JOHNSON used in the August 31, 2026 shooting. Law enforcement officers located a Dodge Magnum matching the description, bearing Michigan license plate EJZ2691 and registered to JOHNSON. The Dodge Magnum was detected on LPR on August 30, 2026, the day before the shooting.

17. Based on a review of JOHNSON's Michigan driver's license, agents noticed similarities, to include skin tone, facial hair, height, and weight, between that photo and the individual observed on surveillance video. Agents compared

JOHNSON's driver's license to a photo of the shooter while inside the business prior to the shooting on August 31, 2026, and concluded that JOHNSON is the shooter.

JOHNSON State of Michigan Photo



Inside the business Photo




### *JOHNSON'S PHONE*

18. Agents also identified a phone number associated with JOHNSON for several years, including being used for JOHNSON in a 2021 Dearborn Police Department report. I applied for and obtained a federal search warrant for real time and historical location data associated with the SUBJECT PHONE.

19. In September 2026, Agents surveilled JOHNSON while monitoring the real time location data and the phone moved consistently with JOHNSON's observed movements, confirming the phone being tracked was JOHNSON's phone.

20. On September 10, 2026, Investigative Research Specialist (IRS) Eric Smigielski reviewed the records associated with the SUBJECT PHONE. I requested IRS Smigielski to specifically review the specialized location records around the

time of the August 31, 2026, shooting. According to IRS Smigielski the SUBJECT PHONE was in the vicinity of an address associated with JOHNSON on Harned Street during the overnight hours of August 30 into August 31, and in the time before the shooting. The SUBJECT PHONE then traveled from that address to the vicinity of the shooting scene between the approximate times of 10:30 a.m. to 11:07 a.m. The SUBJECT PHONE then returned to the vicinity of the address on Harned Street after the shooting, consistent with JOHNSON's movements seen on video leaving northbound on Harned Street from the shooting scene. At approximately 3:45 PM on August 31, 2026, the SUBJECT PHONE then traveled to another residence associated with JOHNSON in Shelby Township, Michigan.

***INTERSTATE NEXUS***

21. ATF Interstate Nexus Expert, Special Agent Joshua McLean was provided a verbal and visual description of the head stamps of the shell casings that were recovered from the August 31, 2026, shooting scene in Detroit. SA McLean advised the ammunition was manufactured outside of the state of Michigan and thus had traveled in and affected interstate or foreign commerce.

## III. Conclusion

22. Based on the above, there is probable cause to believe that on August 31, 2026, in the Eastern District of Michigan, JOHNSON possessed ammunition as a convicted felon, in violation of 18 U.S.C. § 922(g)(1).

Respectfully submitted,

Ryan Thick
ATF Special Agent

Sworn to before me and signed in my
presence and/or by reliable electronic means.

HONORABLE. ANTHONY P. PATTI
UNITED STATES MAGISTRATE JUDGE
EASTERN DISTRICT OF MICHIGAN

DATE: September 14, 2026